# FORM FOR USE IN APPLICATIONS
## FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

Name: _Ash-Shakur Shabazz_

Prison Number: _# 244618_

Place of Confinement: _3700 Holman Unit, Atmore, Alabama_

RECEIVED 2008 FEB -8 A 9:20
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States District Court _Middle_ District of _Alabama_

Case No. _2:08-CV-88-MEF_
(To be supplied by Clerk of U. S. District Court)

_Ash-Shakur Halim Shabazz_ , PETITIONER
(Full Name)   (Include name under which you were convicted)

_Grantt Culliver_ , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _____

_____ , ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is:</u>

P.O. Box 711<br>Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack _Montgomery County Circuit Court_

2. Date of judgment of conviction _____

3. Length of sentence _26 years_ Sentencing Judge _Anderson_

4. Nature of offense or offenses for which you were convicted: _____
   _Rape II + Sodomy II_

5. What was your plea? (check one)
   (a) Not guilty (X)
   (b) Guilty ( )
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial:  (Check one)
   (a) Jury (✓)
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( )  No (✓)

8. Did you appeal from the judgment of conviction?  Yes (✓)  No ( )

9. If you did appeal, answer the following:
   (a) Name of court _Alabama Court of Criminal Appeals_
   (b) Result _Affirmed_
   (c) Date of result _____
   If you filed a second appeal or filed a petition for certeorari in the Supreme Court, give details: _The petition for Writ of Certiorari was denied_

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (✓) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court _Houston County Circuit Court_
        (2) Nature of proceeding _Rule 32_
        (3) Grounds raised _Ineffective Counsel_
            _The Trial Court was without_
            _Jurisdiction_

        (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes (✓) No ( )
        (5) Result _Denied_
        (6) Date of result _February 30, 2007_

(b) As to any second petition, application or motion give the same information:
 (1) Name of court _____ N/A _____
 (2) Nature of proceeding _____
 (3) Grounds raised _____ N/A _____




 (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No ( )
 (5) Result _____
 (6) Date of result _____
(c) As to any third petition, application or motion, give the same information:
 (1) Name of Court _____ N/A _____
 (2) Nature of proceeding _____
 (3) Grounds raised _____ N/A _____




 (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No ( )
 (5) Result _____
 (6) Date of result _____
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
 (1) First petition, etc.      Yes (✓)   No ( )
 (2) Second petition, etc.    Yes ( )   No ( )
 (3) Third petition, etc.     Yes ( )   No ( )
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____ N/A _____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
   (b) Conviction obtained by use of coerced confession.
   (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
   (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
   (e) Conviction obtained by a violation of the privilege against self-incrimination.
   (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
   (g) Conviction obtained by a violation of the protection against double jeopardy.
   (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
   (i) Denial of effective assistance of counsel.
   (j) Denial of right of appeal.

A. Ground one: _See Attachment_

Supporting FACTS  (tell your story briefly without citing cases or law):
_See Attachment_

B. Ground two: _See Attachment_

Supporting FACTS  (tell your story briefly without citing cases or law):
_See Attachment_

C. Ground three: _See Attachment_

Supporting FACTS  (tell your story briefly without citing cases or law):
_See Attachment_

D. Ground four: _See Attachment_

Supporting FACTS (tell your story briefly without citing cases or law): _See Attachment_

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: _N/A_

14. Do you have any petition or appeal now pending in any court, wither state or federal, as to the judgment under attack?    Yes ( )   No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _____
    (b) At arraignment and plea _Martin Adams 739 W. Main Street Dothan, Alabama, 36301_
    (c) At trial _John Steinsland / Martin Adams_
    (d) At sentencing _Same as Above_
    (e) On appeal _David K. Hogg P.O. Box 1690 Dothan, Alabama 36302_

(f) In any post-conviction proceeding _Pro Se_

(g) On appeal from any adverse ruling in a post-conviction proceeding: _pro se_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes (✓)   No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )   No (✓)

   (a) If so, give name and location of court which imposed sentence to be served in the future: _N/A_

   (b) And give date and length of sentence to be served in the future: _N/A_

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ( )   No (✓)

   Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on ___2-4-08___.
                                        (date)

_[signature]_
Signature of Petitioner

## ATTACHMENT TO HABEAS PETITION 28 U.S.C §2254

**GROUND ONE:** SHABAZZ WAS DENIED HIS SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL, WHEN COUNSEL FAILED TO OBJECT TO THE TRIAL COURT ERRONEOUS CONSOLIDATION OF THE CHARGES FOR TRIAL, WITHOUT FIRST GIVING SHABAZZ NOTICE AND THE OPPORTUNITY TO BE HEARD.

**SUPPORTING FACTS:** Shabazz contends the record reflects that there was never a motion filed by either party to consolidate the offenes, nor was Shabazz given the opportunity to be heard.

Shabazz sixth amendment guarantee to effective assistance of counsel was violated, and he is entitled to Habeas relief on this claim.

**GROUND TWO:** SHABAZZ WAS DENIED HIS SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL WHEN COUNSEL FAILED TO OBJECT TO THE PROSECUTION USE OF ITS PEREMTORY STRIKES, TO REMOVE MALES FROM SERVING ON THE PETIT JURY, SOLELY BASED ON SHABAZZ GENDER.

**SUPPORTING FACTS:** The record in this case did not contain the master jury list or strike list, therefore, Shabazz move for discovery of such in the trial court, However, the trial court failed to order discovery.

Shabazz sixth amendment guarantee to effective assistance of counsel was violated, and he is entitled to habeas relief on this claim.

**GROUND THREE:** SHABAZZ WAS DENIED HIS SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL WHEN COUNSEL FAILED TO OBJECT TO THE TRIAL COURT FAILURE TO ADMONISH THE JURY DURING THE LUNCH RECESS.

**SUPPORTING FACTS:** Shabazz contends that this failure to object and/or request that the jury be admonished allowed the jury to consider outside influences in arriving at their verdicts.

Shabazz sixth amendment guarantee to effective assistance of counsel was violated, and he is entitled to Habeas relief on this claim.

**GROUND FOUR:** SHABAZZ WAS DENIED HIS SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL, WHEN COUNSEL FAILED TO OBJECT TO THE TRIAL COURT ACTING IN THE ROLE OF PROSECUTION.

**SUPPORTING FACTS:** Shabazz contends that this failure to object allowed the trial court to question the witness concerning a material element of the charged offenses.

Shabazz sixth amendment guarantee to effective assistance of counsel was violated, and he is entitled to habes relief on this claim.

**GROUND FIVE:** SHABAZZ WAS DENIED HIS SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL WHEN, COUNSEL FAILED TO ADVICE HIM OF HIS RIGHT TO TESTIFY IN HIS OWN BEHALF.

**SUPPORTING FACTS:** Shabazz contends that this failure to advise him of this right violated his rights, Because the right of the accused to testify in his own behalf is firmly rooted in our legal system.

Shabazz sixth amendment guarantee to effective assistance of counsel was violated, and he is entitled to habeas relief on this claim.

**GROUND SIX:** SHABAZZ WAS DENIED HIS SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL, WHEN COUNSEL FAILED TO MOVE FOR A MISTRIAL OR EXCLUSION OF THE VICTIMS TESTIMONY ON THE GROUNDS OF COERCION, THREATS AND TAMPERING WITH THE WITNESS.

**SUPPORTING FACTS:** Shabazz contends that the record reflects that initially the victim refused to give a statement and initially stated that someone else was the father of the child born in this case, it was only after the threats, pressure and coercion did the victim change her story and implemented Shabazz.

Shabazz sixth amendment guarantee to effective assistance of counsel was violated, and he is entitled to habeas relief on this claim.

**GROUND SEVEN:** SHABAZZ SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL, WHEN COUNSEL FAILED TO MOVE FOR A MISTRIAL OR CAUTIONARY INSTRUCTION BASED ON THE INTRODUCTION OF HEARSEY EVIDENCE AFTER THE TRIAL COURT SUSTAINED AN OBJECTION.

**SUPPORTING FACTS:** Shabazz contends that this failure violated his rights, Because during direct examination of Detective crawford, the trial court sustained an objection, on the grounds of hearsey, to the prosecution''s attempt to establish that Shabazz knew the victim's age, Inspite of the sustained objection the prosecution still illecited the hearsay evidence from the witness.

Shabazz sixth amendment guarantee to effective assistance of counsel was violated, and he is entitled to habeas relief on this claim.

**GROUND EIGHT:** SHABAZZ WAS DENIED HIS SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL WHEN COUNSEL FAILED TO OBJECT TO THE TRIAL COURT ORAL INSTRUCTION TO THE JURY.

**SUPPORTING FACTS:** Shabazz contends that this failure to object violated his right, because it allowed the jury to take their personal notes into the jury deliberation room and the trial court failed to instruct the jury that they must consider each charge seperately and their verdicts must be unanimous with respect to each charge, and his right to testify.

Shabazz sixth amendment guarantee to effective assistance of counsel was violated, and he is entitled to habeas relief on this claim.

**GROUND NINE: SHABAZZ WAS DENIED HIS SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL WHEN COUNSEL FAILED TO MOVE TO SUPPRESS THE STATEMENT OF SHABAZZ ON THE GROUND THAT IT WAS A PRODUCT OF POLICE COERCION, THREATS AND INTIMIDATION.**

SUPPORTING FACTS: Shabazz contends that this failure to move to suppress the statement violated his rights, because at the time of his arrest, he was threatened, coerced and intimidated by officers, who forced him into giving the statement.

Shabazz sixth amendment guarantee to effective assistance of counsel and his fourteenth right to a fair trial was violated, and he is entitled to habeas relief on this claim.

**GROUND TEN: SHABAZZ WAS DENIED HIS FOURTEENTH AMENDMENT RIGHT TO DUE PROCESS OF LAW, AND FUNDAMENTAL FAIRNESS, AND HIS FAIR TRIAL GUARANTEES, WHEN THE TRIAL COURT IMPOSED SENTENCE THAT EXCEEDS THE MAXIMUM AUTHORIZED BY LAW.**

SUPPORTING FACTS: Shabazz contends that this argument is two-fold regarding his illegal sentence, First, The Habitual Offender act was never invoked, because the prosecution never brought to the court's attention that it would seek application of the habitual offender act, and the record reflects no notice of the prior convictions was ever given. Second, the sentence is illegal because the state fail to prove that any-out-of-state prior convictions would have constituted a felony if the conduct was committed in Alabama.

Shabazz fourteenth amendment guarantee's were violated, and he is entitled to habeas relief on this claim.

Un-Thakur Shabazz
AIS # 244618-D1
Holman Unit 3700
Atmore, AL.
36503-3700

Legal Mail

Office of the Clerk
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL.
36101

This enclosure is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.