AO 240 (REV. 10/03)

# UNITED STATES DISTRICT COURT

Middle **RECEIVED** District of _____Alabama_____

Ash-Sha Kur Hakeem Shabazz

    Plaintiff

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

Grantt Culliver, et al.
    Defendant

CASE NUMBER: 2:08-CV-88-MEF

I, __Ash-Shakur Halim Shabazz__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to part 2)
   If "Yes," state the place of your incarceration __Holman Prison__
   Are you employed at this institution? __No__ Do you receive any payment from the Institution? __No__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your last employer. __N/A__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __1987__  __$900.00__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends    ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments    ☐ Yes    ☑ No
   e. Gifts or inheritances    ☐ Yes    ☑ No
   f. Any other sources    ☐ Yes    ☑ No

   If the answer to any of the above "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

1-31-08
_____
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1 — 31 — 08__.
(date)

_____
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __0.38__ on account to his credit at the __Holman CF__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ __.38__ on the 1st day of __Sept 07__
2. $ __.38__ on the 1st day of __Oct 07__
3. $ __.38__ on the 1st day of __Nov 07__
4. $ __.38__ on the 1st day of __Dec 07__
5. $ __.38__ on the 1st day of __Jan 08__
6. $ __.38__ on the 1st day of __Feb 08__

_____
Authorized Officer of Institution

DATE __2/4/08__

```
FEB. 04, 2008           USER: 003SH PMOD CLERK                    INMADB
                      COMPUTE AVERAGE DAILY BALANCE




               ENTER THE INMATE'S AIS NUMBER ===>   244618

             ENTER THE 'AS OF' DATE (CCYYMMDD) ===>   20080204


                NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                         PRESS ENTER TO CONTINUE
```

Jon-Thakur Shabazz
AIS# 244618-D1
Holman Unit 3700
Atmore, Al.
36503-3700

Legal Mail

Office of the Clerk
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Al.
36101