IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ASH-SHAKUR SHABAZZ, #244 618 | * | |
| Petitioner, | * | |
| v. | * | 2:08-CV-88-MEF |
| GRANT CULLIVER, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, and for good cause, it is

ORDERED that the motion (*Doc. No. 2*) be and is hereby GRANTED.

Done, this 11th day of February 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE