| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you. | A. Signature<br>X  F. Given | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>S. Givner | C. Date of Delivery |
| Troy King<br>Attorney General for the State of AL<br>11 S. Union Street<br>Montgomery, AL 36101 | ddress different from item 1? ☐ Yes<br>r delivery address below: ☐ No<br><br>8cv88<br>Proc + petitn | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from serv_ | 7007 2680 0003 1841 5158 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |