Case 2:08-cv-00188-MEF-TFM    Document 8    Filed 02/25/2008    Page 1 of 1

COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.

A. Signature

X _[signature]_  ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_[handwritten]_                  2-14-08

Grantt Culliver
Holman Correctional Facility
3700 Holman
Atmore, AL 36503-3700

address different from item 1?  ☐ Yes
ter delivery address below:      ☐ No

_08 cv_
_Petition_
_4 Proc_
_Orde_

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7007 2680 0003 1841 5165

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540