IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ASH-SHAKUR SHABAZZ, 3244618 | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) ) | CIVIL ACTION NO. 2:08-CV-88-MEF (WO) |
| GRANT CULLIVER, WARDEN, et al., | ) ) ) ) ) | |
| Respondents. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Come now the Respondents to move the Court for an additional twenty (20) days to file its response to the petition.

The Respondents had other filings due during this period. Additionally, the records for this case have to be obtained from Archives and Respondents have not had sufficient time to address all issues raised by Shabazz.

Respondents respectfully request that the Court grant the addition time in which to file the Response.

Respectfully submitted,

Troy King – KIN047
*Attorney General*
State of Alabama


s/James B. Prude
James B. Prude (PRU005)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: <u>Ash-Shakur Shabazz, AIS# 244618, Holman Correctional Facility, Holman Unit 3700, Atmore, Al  36503-3700</u>.

                    s/James B. Prude
                    James B. Prude (PRU005)
                    Office of the Attorney General
                    Alabama State House
                    11 South Union
                    Montgomery, AL  36130-0152
                    Telephone:  (334) 242-7300
                    Fax:  (334) 242-2848
                    E-Mail:  JPrude@ago.state.al.us

387703/107298-001