IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |  |
|---|---|---|
| ASH-SHAKUR SHABAZZ, #244 618 | * | |
| Petitioner, | * | |
| v. | * | 2:08-CV-88-MEF |
| GRANT CULLIVER, WARDEN, *et al*., | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Before the court is Respondents' Motion for Extension of Time. Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Extension of Time (*Doc. No. 7*) is GRANTED; and

2. Respondents are GRANTED an extension from March 4, 2008 to and including March 24, 2008 to file their answer.

Done, this 5th day of March 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE