IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAR 31  P 2: 36

| | | |
|---|---|---|
| ASH-SHAKUR SHABAZZ,<br>AIS #244618 | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| vs. | )<br>)<br>) | CIVIL ACTION NO.<br>2:08-CV-88-MEF<br>(WO) |
| GRANT CULLIVER, WARDEN,<br>et al., | )<br>)<br>)<br>) | |
| Respondents. | ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW Troy King and Grant Culver, Respondents in the above-captioned matter, and in accordance with the order of this Court, to make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047, states that:

Troy King and Grant Culver, named parties to the above-captioned case as required under 28 U.S.C. § 2242 and Rule 2(a) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases and, accordingly, have been sued by Shabazz in their official capacities. Neither the Attorney General nor Grant Culver


SCANNED

has any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

_____
James B. Prude (PRU005)
Counsel for Grant Culver, Warden of the
Holman Correctional Facility and Troy
King, Alabama Attorney General
 Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2008, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed a copy to Shabazz, by United States Postal Service, postage prepaid and addressed as follows: <u>Ash-Shakur Halim Shabazz, AIS #244618, Holman Unit 3700, Holman Correctional Facility, Atmore, AL 36503.</u>

/s/ James B. Prude
James B. Prude (PRU005)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: JPrude@ago.state.al.us

398763/118431-001