IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |  |
|---|---|---|
| ASH-SHAKUR SHABAZZ, #244 618 | * | |
| Petitioner, | * | |
| v. | * | 2:08-CV-88-MEF |
| GRANT CULLIVER, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER**

Upon review of Respondents' answer, it is

ORDERED that on or before April 23, 2008 Respondents supplement their answer by filing copies of the application for rehearing and petition for writ of certiorari filed by Petitioner in his Rule 32 proceedings as well as copies of the state courts' decisions/judgments on those pleadings.

Done, this 8th day of April 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE