IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASH-SHAKUR SHABAZZ, #244618, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:08-cv-0088-MEF |
| ) | |
| GRANTT CULLIVER, *et al.*, ) | |
| ) | |
| Respondent . ) | |

**O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1.  The petitioner's objections to the magistrate judge's recommendation (Doc. # 24), filed on May 3, 2010, is OVERRULED.

2.  The Recommendation of the Magistrate Judge (Doc. # 21), entered on April 2, 2010, is ADOPTED.

3.  The petition for habeas corpus relief filed by the petitioner is DENIED and DISMISSED with prejudice.

DONE this the 12th day of May, 2010.

                                                /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE